UNITED STATES of America, Plaintiff—Appellee,

v.

Oscar FELIX–RIVERA, Defendant— Appellant.

No. 01–10643.

D.C. No. CR–99–00111–ROS.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM **

Oscar Felix–Rivera appeals the district court's order revoking his supervised release and imposing sentence. Felix–Rivera's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that there is no issue that could arguably support an appeal. Our independent review of the record pursuant to *Penson v. Ohio*,

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. Counsel's motion to withdraw is therefore GRANTED and the revocation order is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the